# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **DARREN DOMINIC BRADLEY,** Plaintiff, vs. **UNITED STATES OF AMERICA,** Defendant. | CV 16-4-GF-BMM  ORDER OF DISMISSAL |

Upon consideration of the joint stipulation for dismissal filed by the plaintiff and defendant,

IT IS HEREBY ORDERED that all claims of the plaintiff, Darren Dominic Bradley, against the defendant, United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 7th day of June, 2017.

Brian Morris
United States District Court Judge